JOSEPH E. BRIGHT, Respondent, *v.* CHARLES A. HINKLEY, Appellant.

Argued November 27, 1944; decided December 30, 1944.

*J. Clement Johnston* and *Thomas R. Wheeler* for appellant. *Walter A. Kendall* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.